No. 735, Misc. SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 760, Misc. HOLLEY *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 762, Misc. BARNES *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 763, Misc. BALL *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 764, Misc. ARKETA *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 784, Misc. LEWIS *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 802, Misc. ALTHOFF *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 787, Misc. HOGE *v.* BOLSINGER, PROTHONOTARY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 804, Misc. BROWN *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.